UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                            Bankr. Case No. 21-00076

Jackie Onhvandy                                          Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Mercedes-Benz Financial Services USA LLC
        c/o BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011

        BK Servicing, LLC

    By  /s/ Ed Gezel

        Ed Gezel, Agent
        BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011
        651-366-6390
        notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on February 5, 2021 :

Jason Paul Provinzano
Law Offices of Jason P. Provinzano, LLC
16 W. Northampton Street
Wilkes Barre, PA 18701

Charles J DeHart, III
8125 Adams Drive, Suite A
Hummelstown, PA  17036

By  /s/ Ed Gezel, Agent
     Ed Gezel

517040