In re:             Case No. 21-00076-RNO

Jackie Onhvandy           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3

Date Rcvd: Feb 23, 2021      Form ID: ntcnfhrg      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jackie Onhvandy, 301 S 9th Ave, Scranton, PA 18504-2601 |
| 5385084 | | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5385085 | | Amex/Dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 5385087 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 5385081 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5388941 | | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5385096 | | New Res-Shellpoint Mtg, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5385080 | | Onhvandy Jackie, 301 S 9th Ave, Scranton, PA 18504-2601 |
| 5385099 | | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 5385108 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50301 |
| 5385109 | | Wells Fargo Bank NA, MAC F8234F-02F, PO Box 10438, Des Moines, IA 50306-0438 |
| 5385110 | | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |
| 5385111 | | Wells Fargo Bank Nv NA, PO Box 94435, Albuquerque, NM 87199-4435 |
| 5387351 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5386473 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2021 19:21:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5391745 | Email/Text: ally@ebn.phinsolutions.com | Feb 23 2021 19:16:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 5385082 | Email/Text: ally@ebn.phinsolutions.com | Feb 23 2021 19:16:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 5385083 | Email/Text: ally@ebn.phinsolutions.com | Feb 23 2021 19:16:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5385088 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 23 2021 19:21:40 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5389398 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 23 2021 19:21:40 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5385089 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 23 2021 19:20:32 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5385091 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2021 19:16:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5385092 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2021 19:16:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 5385090 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
| --- | --- | --- | --- |
| 5385093 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 23 2021 19:20:32 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| | | Feb 23 2021 19:21:39 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5385094 | Email/Text: M74banko@daimler.com | Feb 23 2021 19:16:00 | Mercedes Benz Financia, PO Box 961, Roanoke, TX 76262-0961 |
| 5385095 | Email/Text: M74banko@daimler.com | Feb 23 2021 19:16:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, PO Box 685, Roanoke, TX 76262-0685 |
| 5385098 | Email/Text: bkrgeneric@penfed.org | Feb 23 2021 19:16:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, PO Box 1432, Alexandria, VA 22313-1432 |
| 5385097 | Email/Text: bkrgeneric@penfed.org | Feb 23 2021 19:16:00 | Pentagon Federal Cr Un, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 5385103 | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 19:22:47 | Syncb/Sync Bank Luxury, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5385100 | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 19:22:47 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5385101 | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 19:20:28 | Syncb/banarepdc, PO Box 965005, Orlando, FL 32896-5005 |
| 5385102 | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 19:20:28 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 5385240 | + Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 19:21:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5385104 | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 19:20:28 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5385105 | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 19:20:27 | Synchrony Bank/ Jc Penneys, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5385106 | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 19:22:47 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5385107 | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2021 19:22:47 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5385086 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5389875 | * | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Jackie Onhvandy MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jackie Onhvandy, **Debtor 1** | Chapter 13 <br><br> Case No. 5:21−bk−00076−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **March 31, 2021** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: April 7, 2021 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 23, 2021 |

ntcnfhrg (03/18)