United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jackie Onhvandy  
    Debtor

Case No. 21-00076-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Mar 18, 2021      Form ID: nttext      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jackie Onhvandy, 301 S 9th Ave, Scranton, PA 18504-2601 |
| 5385084 | | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5385085 | | Amex/Dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 5385087 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 5393693 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5392691 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5385081 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5388941 | | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5385096 | | New Res-Shellpoint Mtg, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5385080 | | Onhvandy Jackie, 301 S 9th Ave, Scranton, PA 18504-2601 |
| 5385099 | | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 5385108 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50301 |
| 5385109 | | Wells Fargo Bank NA, MAC F8234F-02F, PO Box 10438, Des Moines, IA 50306-0438 |
| 5385110 | | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |
| 5385111 | | Wells Fargo Bank Nv NA, PO Box 94435, Albuquerque, NM 87199-4435 |
| 5387351 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5386473 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2021 19:40:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5391745 | | Email/Text: ally@ebn.phinsolutions.com | Mar 18 2021 19:02:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 5385082 | | Email/Text: ally@ebn.phinsolutions.com | Mar 18 2021 19:02:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 5385083 | | Email/Text: ally@ebn.phinsolutions.com | Mar 18 2021 19:02:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5385088 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 18 2021 19:40:49 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5389398 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 18 2021 19:46:07 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5385089 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 18 2021 19:46:08 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5385091 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 18 2021 19:02:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5385092 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 18 2021 19:02:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 5393709 | | Email/Text: bnc-quantum@quantum3group.com | Mar 18 2021 19:02:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5385090 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 18 2021 19:45:58 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 5385093 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 18 2021 19:40:48 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5385094 | | Email/Text: M74banko@daimler.com | Mar 18 2021 19:04:00 | Mercedes Benz Financia, PO Box 961, Roanoke, TX 76262-0961 |
| 5385095 | | Email/Text: M74banko@daimler.com | Mar 18 2021 19:04:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, PO Box 685, Roanoke, TX 76262-0685 |
| 5385098 | | Email/Text: bkrgeneric@penfed.org | Mar 18 2021 19:02:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, PO Box 1432, Alexandria, VA 22313-1432 |
| 5385097 | | Email/Text: bkrgeneric@penfed.org | Mar 18 2021 19:02:00 | Pentagon Federal Cr Un, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 5396155 | | Email/Text: bnc-quantum@quantum3group.com | Mar 18 2021 19:02:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5385103 | | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2021 19:40:45 | Syncb/Sync Bank Luxury, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5385100 | | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2021 19:40:46 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5385101 | | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2021 19:40:46 | Syncb/banarepdc, PO Box 965005, Orlando, FL 32896-5005 |
| 5385102 | | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2021 19:40:41 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 5385240 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2021 19:40:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5385104 | | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2021 19:40:43 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5385105 | | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2021 19:40:45 | Synchrony Bank/ Jc Penneys, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5385106 | | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2021 19:40:44 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5385107 | | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2021 19:40:44 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5385086 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5389875 | * | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5394022 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Jackie Onhvandy MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Jackie Onhvandy, <br> **Debtor 1** | Chapter    13 <br><br> Case No.    5:21−bk−00076−RNO |
| **Notice** | |
| A hearing in this matter is currently scheduled for 4/7/2021. Pursuant to General order 2013−03, in−court appearances are now permitted. If you wish to participate remotely pursuant to L.R. 9074−1(a), you must use the Court's Zoom video system. The information regarding our Zoom video system can be found on our webpage http://www.pamb.uscourts.gov, under the section Remote Appearance Guide. The Court will not be using Courtcall. All other information on the original Notice will remain in full force and effect. (RE: related document(s)[15], 16). (Boyle, Cindy) | |
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CynthiaBoyle, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 18, 2021 |

Notice Text Entries (Form nttext) (3/20)