IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | | |
|---|---|---|---|
| IN RE: | | : | CASE NO.: 5:21-BK-00076-MJC |
| JACKIE ONHVANDY | Debtor | : : : | CHAPTER 13 |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | | : | |
| ALLY BANK | Movant | : : | Nature of Proceeding: Stipulation Resolving Ally Bank's Motion for Relief from Automatic Stay and Codebtor Stay |
| vs. | | : : | |
| JACKIE ONHVANDY | and | : : | Pleading: Ally Bank's Motion for Relief from Automatic Stay and Codebtor Stay |
| RIKKI SIXX ONHVANDY | Codebtor | : : | |
| and | Respondents | : : | |
| JACK N ZAHAROPOULOS | Trustee | | Document#: 45 |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST**

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one)

    ☒ Thirty (30) days.

    ☐ Forty-five (45) days.

    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: April 6, 2022

                                                    */s/ Regina Cohen*
                                                    Regina Cohen

                                                    Attorney for Ally Bank