IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | | |
|---|---|---|---|
| IN RE: | | : | |
| JACKIE ONHVANDY | Debtor | : | CHAPTER 13 |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | | : | CASE NO.: 5:21-BK-00076-MJC |
| ALLY BANK, | Movant | : | |
| vs. | | : | STIPULATION RESOLVING ALLY BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY PURSUANT TO 11 U.S.C. §362 & §1301 |
| JACKIE ONHVANDY | and | : | |
| RIKKI SIXX ONHVANDY | Codebtor | : | |
| JACK N ZAHAROPOULOS | Trustee | : | |

### ORDER APPROVING STIPULATION RESOLVING ALLY BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Ally Bank's Motion for Relief from Automatic Stay and Codebtor stay is approved.