United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-00076-MJC |
| Jackie Onhvandy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4
Date Rcvd: Mar 28, 2024      Form ID: ordsmiss      Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jackie Onhvandy, 301 S 9th Ave, Scranton, PA 18504-2601 |
| cr | + | Mercedes-Benz Financial Services USA LLC f/k/a DCF, PO Box 131265, Roseville, MN 55113-0011 |
| cr | | WELLS FARGO BANK, N.A., Wells Fargo Servicing Center, MAC Q2132-023 PO Box 94423, Albuquerque, NM 87199 |
| 5385080 | | Onhvandy Jackie, 301 S 9th Ave, Scranton, PA 18504-2601 |
| 5385108 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50301 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Mar 28 2024 22:39:00 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Mar 28 2024 22:39:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Mar 28 2024 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5391745 | | EDI: GMACFS.COM | Mar 28 2024 22:39:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 5422996 | + | EDI: AISACG.COM | Mar 28 2024 22:39:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5385082 | | EDI: GMACFS.COM | Mar 28 2024 22:39:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 5385083 | | EDI: GMACFS.COM | Mar 28 2024 22:39:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5385084 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2024 18:51:34 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5385085 | | EDI: CITICORP | Mar 28 2024 22:39:00 | Amex/Dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 5385087 | | EDI: BANKAMER | Mar 28 2024 22:39:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 5388941 | | Email/Text: notices@bkservicing.com | Mar 28 2024 18:41:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5398219 | | Email/Text: notices@bkservicing.com | Mar 28 2024 18:41:00 | Mercedes-Benz Financial Services USA LLC, f/k/a DCFS USA LLC, PO Box 131265, Roseville, MN 55113 |
| 5385086 | | EDI: BANKAMER | Mar 28 2024 22:39:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5393693 | + | EDI: BANKAMER2 | Mar 28 2024 22:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5385088 | | EDI: CAPITALONE.COM | Mar 28 2024 22:39:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5389398 | | EDI: CAPITALONE.COM | Mar 28 2024 22:39:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5385089 | | EDI: CAPITALONE.COM | Mar 28 2024 22:39:00 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5385091 | | EDI: WFNNB.COM | Mar 28 2024 22:39:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5385092 | | EDI: WFNNB.COM | Mar 28 2024 22:39:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 5393709 | | EDI: Q3G.COM | Mar 28 2024 22:39:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5385090 | | EDI: JPMORGANCHASE | Mar 28 2024 22:39:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 5385093 | | EDI: JPMORGANCHASE | Mar 28 2024 22:39:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5392691 | + | Email/Text: RASEBN@raslg.com | Mar 28 2024 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5523279 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2024 18:52:03 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5543565 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2024 18:52:22 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543566 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2024 18:51:25 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5523280 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2024 18:40:53 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 5385081 | | Email/Text: mylawyer@jpplaw.com | Mar 28 2024 18:41:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5385094 | | EDI: MERCEDES | Mar 28 2024 22:39:00 | Mercedes Benz Financia, PO Box 961, Roanoke, TX 76262-0961 |
| 5385095 | | EDI: MERCEDES | Mar 28 2024 22:39:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, PO Box 685, Roanoke, TX 76262-0685 |
| 5385096 | | Email/Text: mtgbk@shellpointmtg.com | Mar 28 2024 18:41:00 | New Res-Shellpoint Mtg, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5397859 | | Email/Text: mtgbk@shellpointmtg.com | Mar 28 2024 18:41:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 5385098 | | Email/Text: bkrgeneric@penfed.org | Mar 28 2024 18:41:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, PO Box 1432, Alexandria, VA 22313-1432 |
| 5385097 | | Email/Text: bkrgeneric@penfed.org | Mar 28 2024 18:41:00 | Pentagon Federal Cr Un, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 5413597 | | EDI: Q3G.COM | Mar 28 2024 22:39:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5413598 | + | EDI: Q3G.COM | Mar 28 2024 22:39:00 | 98083-0788<br>Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5396155 | | EDI: Q3G.COM | Mar 28 2024 22:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5385099 | | Email/Text: mtgbk@shellpointmtg.com | Mar 28 2024 18:41:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 5385103 | | EDI: SYNC | Mar 28 2024 22:39:00 | Syncb/Sync Bank Luxury, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5385100 | | EDI: SYNC | Mar 28 2024 22:39:00 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5385101 | | EDI: SYNC | Mar 28 2024 22:39:00 | Syncb/banarepdc, PO Box 965005, Orlando, FL 32896-5005 |
| 5385102 | | EDI: SYNC | Mar 28 2024 22:39:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 5385240 | + | EDI: PRA.COM | Mar 28 2024 22:39:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5385104 | | EDI: SYNC | Mar 28 2024 22:39:00 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5385105 | | EDI: SYNC | Mar 28 2024 22:39:00 | Synchrony Bank/ Jc Penneys, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5385106 | | EDI: SYNC | Mar 28 2024 22:39:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5385107 | | EDI: SYNC | Mar 28 2024 22:39:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5385110 | | EDI: WFFC2 | Mar 28 2024 22:39:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |
| 5385109 | | EDI: WFFC2 | Mar 28 2024 22:39:00 | Wells Fargo Bank NA, MAC F8234F-02F, PO Box 10438, Des Moines, IA 50306-0438 |
| 5385111 | | EDI: WFFC2 | Mar 28 2024 22:39:00 | Wells Fargo Bank Nv NA, PO Box 94435, Albuquerque, NM 87199-4435 |
| 5386473 | + | EDI: WFFC2 | Mar 28 2024 22:39:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 5387351 | | EDI: WFFC2 | Mar 28 2024 22:39:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5389875 | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5543567 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| 5543569 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543568 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543570 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5413599 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5413600 | *+ | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5394022 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Jackie Onhvandy MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mfarrington@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jackie Onhvandy,                          Chapter     13

    **Debtor 1**

                                         Case No.     5:21−bk−00076−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: March 28, 2024

ordsmiss (05/18)